IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| NANCY BRACKETT, | ) | |
|---|---|---|
| | ) | Case No.: 3:15-cv-24 |
| Plaintiff, | ) | |
| | ) | NOTICE OF SETTLEMENT |
| v. | ) | |
| | **)** | |
| STELLAR RECOVERY, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

**COMES NOW** Plaintiff and Defendant, by and through their undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of plaintiff, Nancy Brackett, against defendant, Stellar Recovery, Inc.

The parties therefore request that this Honorable Court vacate all dates currently set on calendar for the present matter and give the parties 120 (one-hundred twenty) days to file the necessary dismissal papers.

Respectfully submitted, July 22, 2016.

                                              */s/ Justin A. Brackett*
                                              Justin A. Brackett, (#024326)

Attorney for Plaintiff
1888 Kalakaua Avenue, Suite C-312
Honolulu, HI 96815
(808)377-6778
justinbrackettlaw@gmail.com

Attorney for Plaintiff

*/s/ Alison N. Emery*
Alison N. Emery  *Pro Hac Vice*
Assurance Law Group
3731 Hendricks Avenue
Jacksonville, FL 32207
904-497-4904 (phone)
904-458-8979 (fax)
alison@assurancelawgroup.com

Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on the date first stated below, or in compliance with the rules of this Court, I did serve a true and exact copy of the foregoing document upon the following:

Attorneys for Defendant:

| | |
|---|---|
| Alison Emery | alison@assurancelawgroup.com |
| Benjamin Hutnick | BHutnick@bermanrabin.com |

DATED: Honolulu, Hawaii; July 22, 2016.

*/s/ Justin A. Brackett*
Justin A. Brackett, (#024326)
Attorney for Plaintiff