<pre>
          IN THE UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF TENNESSEE
</pre>

| | | |
|---|---|---|
| NANCY BRACKETT, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO.: 3:15-CV-24 |
| | ) | |
| v. | ) | |
| | ) | |
| STELLAR RECOVERY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and her attorney, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

Respectfully submitted this 26th day of October, 2016.

Attorney for Plaintiff

*/s/ Justin A. Brackett*
Justin A. Brackett (024326)
1888 Kalakaua Ave., Suite C-312
Honolulu, HI 96815
808-377-6778

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic case filing system to all parties indicated on the electronic filing receipt as well as those parties listed below.

Attorneys for Defendant:
Benjamin N. Hutnick			bhutnick@bermanrabin.com

Alison N. Emery				alison@assurancelawgroup.com


*/s/ Justin A. Brackett*
Justin A. Brackett
Brent Snyder
Attorney for Plaintiff