IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| NANCY BRACKETT, | ) |
| | ) |
| Plaintiff, | )  CASE NO.: 3:15-CV-24 |
| | ) |
| v. | ) |
| | ) |
| STELLAR RECOVERY, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT STIPULAITON OF DISMISSAL WITH PREJUDICE

**COME NOW** Plaintiff, Nancy Brackett, and defendant, Stellar Recovery, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby jointly stipulate that this action is dismissed with prejudice, with the parties to bear their own attorney's fees, costs, and expenses.

Respectfully submitted this 7th day of November, 2016.

Attorney for Plaintiff

*/s/ Justin A. Brackett*
Justin A. Brackett (024326)
1888 Kalakaua Ave., Suite C-312
Honolulu, HI 96815
808-377-6778

Brent Snyder
2125 Middlebrook Pike
Knoxville, TN 37921
(865) 546-2141
brentsnyder77@gmail.com

Attorney for Defendant

*/s/ Alison N. Emery*
**Alison N. Emery**
Assurance Law Group
3731 Hendricks Avenue
Jacksonville, FL 32207

Benjamin Hutnick

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic case filing system to all parties indicated on the electronic filing receipt as well as those parties listed below.

Attorneys for Defendant:
Benjamin N. Hutnick          bhutnick@bermanrabin.com

Alison N. Emery              alison@assurancelawgroup.com


*/s/ Justin A. Brackett*
Justin A. Brackett
Brent Snyder
Attorney for Plaintiff